JILL P. TELFER, ( State Bar No.  145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:     (916) 446-1916
Facsimile:       (916) 446-1726
jtelfer@telferlaw.com

Attorneys for Plaintiff
**RICHARD FITZGERALD**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD FITZGERALD**, <br><br> Plaintiffs, <br><br> vs. <br><br> **EL DORADO COUNTY; SHERIFF JOHN D'AGOSTINI, UNDERSHERIFF RICH WILLIAMS and DOES 1 through 20, inclusive,** <br><br> Defendants. | CASE NO.: 2:12-cv-02932-MCE-KJN <br><br> **REVISED STIPULATION PURSUANT TO LOCAL RULE 131(C) FOR FILING FIRST AMENDED COMPLAINT** |

///
///
////
///
///
///
///
///
///
///
///

1

1  Richard Fitzgerald, the plaintiff in this action, and El Dorado County; Sheriff John
2  D'Agostini and Undersheriff Rich Williams, the defendants, stipulate and consent, in writing, within
3  the meaning of Rule 15(a) of the Federal Rules of Civil Procedure, that Plaintiff may file a First
4  Amended Complaint.  The first Amended complaint is to be filed on or before January 22, 2013.
5  This agreement is based on the parties' meet and confer efforts to resolve perceived pleading
6  deficiencies.

8  DATE:  December 4, 2012         LAW OFFICES OF JILL P. TELFER
                                   A Professional Corporation

                                          /s/ Jill P. Telfer

                                   _____
                                   JILL P. TELFER
                                   Attorney for Plaintiff
                                   **RICHARD FITZGERALD**

13  DATE:  December 4, 2012        PORTER, SCOTT
                                   A Professional Corporation

                                          /s/ Nancy J. Sheehan

                                   _____
                                   NANCY J. SHEEHAN
                                   KRISTINA M. HALL
                                   Attorney for Defendant
                                   **SHERIFF JOHN D'AGOSTINI and**
                                   **UNDERSHERIFF RICH WILLIAMS**

19  DATE:  December 4, 2012        FOSTER EMPLOYMENT LAW
                                   A Professional Corporation

                                          /s/ Christine Maloney

                                   _____
                                   CHRISTINE MALONEY
                                   Attorney for Defendant
                                   **EL DORADO COUNTY**

24  **IT IS SO ORDERED**.

25  Dated:  January 22, 2013

                                   _____
                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                   UNITED STATES DISTRICT JUDGE