JILL P. TELFER, ( State Bar No.  145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:     (916) 446-1916
Facsimile:      (916) 446-1726
jtelfer@telferlaw.com

Attorneys for Plaintiff
**RICHARD FITZGERALD**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD FITZGERALD**, <br><br> Plaintiffs, <br><br> vs. <br><br> **EL DORADO COUNTY; SHERIFF JOHN D'AGOSTINI, UNDERSHERIFF RICH WILLIAMS and DOES 1 through 20, inclusive,** <br><br> Defendants. | CASE NO.: 2:12-cv-02932-MCE-KJN <br><br> **STIPULATION TO FILE FIRST AMENDED COMPLAINT AND MOTION FOR LEAVE TO AMEND THE COMPLAINT ON OR BEFORE JANUARY 29, 2013** |

Richard Fitzgerald, the plaintiff in this action, and El Dorado County; Sheriff John D'Agostini and Undersheriff Rich Williams, the defendants, stipulate and consent, in writing, within the meaning of Rule 15(a) of the Federal Rules of Civil Procedure, that Plaintiff may file a First Amended Complaint.  The Proposed First Amended complaint is to be filed with the Motion for Leave to Amend on or before January 29, 2013.  This agreement is based on the parties' meet and confer efforts to resolve perceived pleading deficiencies.

Stipulation Filing Amended Complaint and Leave to Amend          1

| | |
|---|---|
| DATE:   January 22, 2013 | LAW OFFICES OF JILL P. TELFER<br>A Professional Corporation<br><br>/s/ Jill P. Telfer<br>_____<br>JILL P. TELFER<br>Attorney for Plaintiff<br>**RICHARD FITZGERALD** |
| DATE:   January 22, 2013 | PORTER, SCOTT<br>A Professional Corporation<br><br>/s/ Nancy J. Sheehan<br>_____<br>NANCY J. SHEEHAN<br>KRISTINA M. HALL<br>Attorney for Defendant<br>**SHERIFF JOHN D'AGOSTINI and UNDERSHERIFF RICH WILLIAMS** |
| DATE:   January 22, 2013 | FOSTER EMPLOYMENT LAW<br>A Professional Corporation<br><br>/s/ Christine Maloney<br>_____<br>CHRISTINE MALONEY<br>Attorney for Defendant<br>**EL DORADO COUNTY** |

IT IS SO ORDERED.

Dated:   February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE