**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Kristina M. Hall, SBN 196794
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone:  (916) 929-1481
Facsimile:  (916) 927-3706
E-mails:  nsheehan@porterscott.com, khall@porterscott.com

**Attorneys for Defendants:**  SHERIFF JOHN D'AGOSTINI and UNDERSHERIFF RICH WILLIAMS

**FOSTER EMPLOYMENT LAW**
Christine Maloney
3000 Lakeshore Avenue
Oakland, CA 94610
Telephone:  (510) 763-1900
Facsimile:  (510) 763-5952
E-mail:  cmaloney@fosteremploymentlaw.com

**Attorneys for Defendant:**  EL DORADO COUNTY

**LAW OFFICES OF JILL P. TELFER**
Jill P. Telfer, SBN 145450
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 446-1916
Facsimile:  (916) 446-1726
E-mail:  jtelfer@telferlaw.com

**Attorney for Plaintiff:**  RICHARD FITZGERALD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD, | CASE NO.  2:12-cv-02932-MCE-KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO ENLARGE TIME FOR FILING OF RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |
| vs. | |
| EL DORADO COUNTY, SHERIFF JOHN D'AGOSTINI, UNDERSHERIFF RICH WILLIAMS and Does 1 through 20, inclusive, | |
| Defendants. | Complaint Filed:  November 4, 2012<br>First Amended Complaint Filed: February 4, 2013 |

THE  PARTIES  HEREBY  STIPULATE  AND  AGREE  that  the  time  within  which

Defendants D'AGOSTINI and WILLIAMS must file a response to Plaintiff's First Amended Complaint be extended from February 19, 2013, up to and including a new deadline of March 4, 2013. Defendants COUNTY, D'AGOSTINI and WILLIAMS have obtained one prior extension of time within which to file a response to Plaintiff's original Complaint. Plaintiff RICHARD FITZGERALD has obtained one prior extension of time within which to file an Amended Complaint.

                                        Respectfully submitted,

Dated:  February 12, 2013         **LAW OFFICES OF JILL P. TELFER**

                                        By: /s/ *Jill P. Telfer*
                                              Jill P. Telfer
                                              Attorney for Plaintiff
                                              RICHARD FITZGERALD

Dated:  February 12, 2013         **PORTER SCOTT**
                                          **A PROFESSIONAL CORPORATION**

                                          By: /s/ *Nancy J. Sheehan*
                                              Nancy J. Sheehan
                                              Kristina M. Hall
                                              Attorneys for Defendants
                                              SHERIFF JOHN D'AGOSTINI and
                                              UNDERSHERIFF RICH WILLIAMS

///

///

///

///

///

///

///

///

Dated:  February 12, 2013         **FOSTER EMPLOYMENT LAW**

                                  By: /s/ *Christine Maloney*
                                      Christine Maloney
                                      Attorney for Defendant
                                      EL DORADO COUNTY

**IT IS SO ORDERED.**

Dated:   February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE