UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>           Plaintiff,<br><br>    v.<br><br>COUNTY OF EL DORADO, et. al.<br><br>           Defendants. | No.  2:12-cv-02932-MCE-KJN<br><br><br>**ORDER** |

       On September 4, 2014 Plaintiff submitted a Notice of Request to Seal Document(s) (ECF No. 46) pursuant to Local Rule 141.  According to Plaintiff, the documents requested to be sealed, the request to seal said documents, and the proposed order granting Plaintiff's request to seal documents were served on Defense counsel on September 4, 2014.  Plaintiff's request is GRANTED.  The Clerk of the Court is DIRECTED to file under seal the requested documents, the request to seal said documents, and the proposed order.

       IT IS SO ORDERED.

Dated:  September 8, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT