**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-mails: cfessenden@porterscott.com; dhaynes@porterscott.com
**Attorneys for Defendants:** SHERIFF JOHN D'AGOSTINI and UNDERSHERIFF RICH WILLIAMS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>    Plaintiff,<br><br>  vs.<br><br>EL DORADO COUNTY; SHERIFF JOHN D'AGOSTINI, UNDERSHERIFF RICH WILLIAMS and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  2:12-cv-02932-MCE-KJN<br><br>**NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPT**<br><br>Complaint Filed:  December 4, 2012<br>Amended Complaint Filed: February 4, 2013<br><br>Trial Date:  June 6, 2016<br>Courtroom 7, 14th Floor |

Defendants WILLIAMS and D'AGOSTINI lodge the following original deposition transcript with the court for use at trial in the above-entitled matter, scheduled to commence on June 6, 2016 in Courtroom 7 of the United States District Court, Eastern District of California:

1. Charles Mahla, PhD, taken October 14, 2015

Dated: May 18, 2016                    PORTER SCOTT
                                       A PROFESSIONAL CORPORATION


                                       By      /s/Carl L. Fessenden
                                            Carl L. Fessenden
                                            Derek J. Haynes
                                            Attorneys for Defendants