C. CHRISTINE MALONEY (State Bar. No. 226575)
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA. 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
cmaloney@fosteremploymentlaw.com

Attorneys for Defendant
EL DORADO COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>　　　　　Plaintiff,<br>vs.<br>EL DORADO COUNTY, SHERIFF JOHN D'AGOSTINI, UNDERSHERIFF RICH WILLIAMS, and DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No. 2:12-cv-02932-MCE-KJN<br><br>**DEFENDANT COUNTY OF EL DORADO'S OBJECTIONS TO FINAL PRE-TRIAL ORDER**<br><br>Pre-Trial Conf.:　May 5, 2016<br>Trial Date:　　　June 6, 2016<br><br>Complaint Filed: December 4, 2012 |

Defendant COUNTY OF EL DORADO submits the following objections to the Final Pretrial Order issued on May 16, 2016 (Docket No. 154):

1. No Equal Protection Claim Remains

At the Pre-Trial Conference on May 5, 2016, the Court ruled that an equal protection claim based on age is not actionable. Accordingly, the Pre-Trial Order should omit reference to the undisputed facts (Order 4:20 – 5:15) and the disputed factual issues (Order 9:1-7) pertaining to such claim.

2. Motions In Limine

The Final Pretrial Order states that Defendants' Motion in Limine No. 6 to exclude the testimony of Plaintiff's HR Practices Expert Beth DeLima is denied. However, at the Pretrial

Conference, the Court clarified that Ms. DeLima would not be permitted to testify as to ultimate issues such as the existence of discrimination or retaliation. Defendant County requests that the Final Pretrial Order reflect this limitation.

### 3. Plaintiff's Ex Parte Application to Modify the Case Schedule

At the Pretrial Conference, the Court denied Plaintiff's Ex Parte Application to Modify the Pretrial Order Granting An Addition to Plaintiff's Exhibit and Witness Lists (Docket No. 146). Specifically, Plaintiff sought to include Richard Horn as a witness and evidence of Richard Horn's discipline as exhibits. The Final Pre-Trial Order should reflect this denial.

### 4. Voir Dire

The Final Pretrial Order states that "each side" will have up to 10 minutes to conduct voir dire. At the Pre-Trial Conference, Defendant County understood that Defendant County would have 10 minutes to conduct voir dire and the Individual Defendants would have 10 minutes to conduct voir dire. As there are two sets of defendants, separately represented and not defending identical claims, Defendant County requests that the Order clarify that each set of Defendants will have 10 minutes to conduct voir dire.

### 5. Date and Length of Trial

Similarly, the Final Pretrial Order states that "each side" will have up to one hour for closing arguments. At the Pre-Trial Conference, Defendant County understood that Defendant County would have one hour for its closing argument and the Individual Defendants would have one hour for closing argument. As there are two sets of defendants, separately represented and not defending identical claims, Defendant County requests that the Order clarify that each set of Defendants will have one hour to conduct voir dire.

DATED: May 23, 2016

FOSTER EMPLOYMENT LAW

By: _____
C. CHRISTINE MALONEY
Attorneys for Defendant
EL DORADO COUNTY