```
C. CHRISTINE MALONEY (SBN 226575)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
cmaloney@fosteremploymentlaw.com


Attorneys for Defendant
COUNTY OF EL DORADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD, | Case No. 2:12-cv-02932-MCE-KJN |
| Plaintiff, | |
| vs. | **NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS** |
| EL DORADO COUNTY; SHERIFF JOHN D'AGOSTINI; UNDERSHERIFF RICH WILLIAMS; and DOES 1 through 20, inclusive, | Trial Date:        June 6, 2016 |
| | Complaint Filed:   December 4, 2012 |
| Defendants. | |

On this date, Defendant COUNTY OF EL DORADO lodged the following original deposition transcripts with the court for use at trial in the above-entitled matter:

1. Richard Fitzgerald, taken February 20, 2014
2. John Yaws, taken May 20, 2014
3. Richard Strasser, taken July 21, 2014
4. Mark Knoble, M.D., taken July 23, 2014
5. Jo Danti, M.D., taken October 12, 2015
6. Beth De Lima, Volume I, taken October 20, 2015

///

///

7. Beth De Lima, Volume II., taken November 6, 2015

DATED:  May 23, 2016                    FOSTER EMPLOYMENT LAW

                                   */s/ C. Christine Maloney*
                            By:_____
                                   C. CHRISTINE MALONEY
                                   Attorneys for Defendant
                                   COUNTY OF EL DORADO