1   JILL P. TELFER (SBN 145450)
    LAW OFFICES OF JILL P. TELFER
2   331 J Street, Suite 200
    Sacramento, California 95814
3   Telephone:  (916) 446-1916
    Facsimile:  (916) 446-1726
4   Email:  jtelfer@telferlaw.com

5   Attorney for Plaintiff: RICHARD FITZGERALD

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9   RICHARD FITZGERALD,                    Case No.    2:12-cv-02932-MCE-KJN

10                                          **STIPULATION AND ORDER RE:**
                Plaintiff,                  **DISMISSAL OF AGE DISCRIMINATION**
11       vs.                                **CLAIM UNDER 28 U.S.C. § 621 AGAINST**
                                            **ALL DEFENDANTS**
12  EL DORADO COUNTY; SHERIFF JOHN
13  D'AGOSTINI; UNDERSHERIFF RICH
    WILLIAMS; and DOES 1 through 20,
14  inclusive,

15
                Defendants.
16

17

18       **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff **RICHARD**

19  **FITZGERALD** and Defendants **EL DORADO COUNTY**, **SHERIFF JOHN D'AGOSTINI**,

20  and **UNDERSHERIFF RICH WILLIAMS**, by and through their respective counsel, that

21  Plaintiff hereby agrees to dismiss his federal claim only for Age Discrimination under the Age

22  Discrimination in Employment Act of 1967 [28 U.S.C. § 621 otherwise known as the ADEA] with

23  prejudice against **EL DORADO COUNTY** with a waiver of costs and fees as to this claim only.

24  The Age Discrimination Claim under the California Fair Employment and Housing Act [Cal.

25  Government Code §12940 et seq.] remains an operative claim in Plaintiff's Amended Complaint.

26  ///

27  ///

28  ///

                                    1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

June 1, 2016

Date

/s/ Jill P. Telfer

Jill P. Telfer
Attorney for Plaintiff
RICHARD FITZGERALD

June 1, 2016

Date

/s/ Carl Fessenden

Carl Fessenden/Derek Haynes
Attorneys for Defendants
SHERIFF JOHN D'AGOSTINI and
UNDERSHERIFF RICH WILLIAMS

June 1, 2016

Date

/s/ C. Christine Maloney

C. CHRISTINE MALONEY
Attorneys for Defendant
COUNTY OF EL DORADO

## <u>ORDER</u>

Pursuant to the parties' stipulation (ECF No. 178), Plaintiff's federal age discrimination claim under the Age Discrimination in Employment Act of 1967 is hereby DISMISSED with prejudice against El Dorado County with a waiver of costs and fees.  Plaintiff's age discrimination claim under the California Fair Employment and Housing Act remains an operative claim.

IT IS SO ORDERED.

Dated:  June 6, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Stipulated to Dismiss ADEA Claim                    Case No. 2:12-cv-02932-MCE-KJN